IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN BRUCEWAYNE OVEAL, <br> TDCJ-CID NO.1128999, <br>         Petitioner, <br> v. <br><br> NATHANIEL QUARTERMAN, <br>         Respondent. | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-07-2453 |

## FINAL JUDGMENT

For the reasons set out in the Court's Memorandum on Dismissal signed this date, this case is DISMISSED WITHOUT PREJUDICE.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED at Houston, Texas on _September 24_, 2007.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE